# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STATE OF FLORIDA,

Appellant,

v.

CEDRIC DEMARIO GILCHRIST,

Appellee.

No. 2D23-223

———————————————

February 28, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Ashley Moody, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellant.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolan Hopkins, Assistant Public Defender, Bartow, for Appellee.


PER CURIAM.

   Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.